JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
RACHEL A. D. BUSCH (SBN: 327939)
rbusch@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants
U.S. BANK NATIONAL ASSOC. and
U.S. BANCORP INVESTMENTS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY J. ANDREWS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOC., a Delaware Corporation, U.S. BANCORP Investments, Inc., a Delaware Corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case No. 8:22-cv-00117 DOC (DFMx)**<br><br>Hon. David O. Carter<br><br>**DECLARATION OF EMILIE C. WOODHEAD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE SUMMARY ADJUDICATION**<br><br>[Concurrently filed with (1) Notice of Motion and Motion; (2) Statement of Uncontroverted Facts; and (3) [Proposed] Order]<br><br>Hearing Date: October 17, 2022<br>Time: 8:30 AM<br>Courtroom: 10 A<br>Complaint Filed: December 15, 2021<br>TRIAL DATE: DECEMBER 6, 2022 |

I, Emilie C. Woodhead, hereby declare, under penalty of perjury, as follows:

1. I am an attorney licensed to practice before this Court. I am of counsel at the law firm Winston & Strawn LLP and counsel of record for Defendants U.S. Bank National Association and U.S. Bancorp Investments, Inc. ("Defendants"). I am over the age of eighteen years old and I have personal knowledge of each and every fact stated in this declaration. If called to testify, I could testify competently thereto.

2. I make this declaration in support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication ("Motion").

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Plaintiff Gregory J. Andrews' ("Plaintiff") deposition transcript.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Jennifer Strada's individual deposition transcript and the 30(b)(6) deposition of Defendant U.S. Bank National Association through Jennifer Strada.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Roderick Dolan's individual deposition transcript and the 30(b)(6) deposition of Defendant U.S. Bank National Association through Roderick Dolan.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Debra Gabris' deposition transcript.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Edgars Gulbis' deposition transcript.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Ary Aptin's deposition transcript.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Richard S. Baick, M.D.'s deposition transcript.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Sean Comeau, M.D.'s deposition transcript.

11. Attached hereto as **Exhibit 9** is a true and correct copy of documents produced by UCI Health in response to Defendant U.S. Bank National Association's

Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action, and accompanying Declaration of Custodian of Records.

12. Attached hereto as **Exhibit 10** is a true and correct copy of certain documents[1] produced by MemorialCare Medical Group – Irvine Culver in response to Defendant U.S. Bank National Association's Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action, and accompanying Declarations of Custodian of Records.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Defendants' Expert Witness Report from Mark S. Lipian, M.D., Ph.D.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Plaintiff's Expert Witness Report from Mohan Nair, M.D.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiff's Supplemental Responses to Defendant U.S. Bank National Association's First Set of Interrogatories.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpt from Rochelle Ward's deposition transcript.

17. Defendants' Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 9, 2022.

Executed on this 19th day of September, 2022 in Los Angeles

By: */s/Emilie C. Woodhead*
Emilie C. Woodhead

[1] MemorialCare Medical Group – Irvine Culver produced medical records dating back to 2010, before Plaintiff was employed by Defendant U.S. Bank National Association. To minimize the records before the Court, Defendants are only attaching medical records for office visits with Dr. Baick from the beginning of Plaintiff's employment with Defendant U.S. Bank National Association (June 2017) to present.